No. 05–7449. BILLS v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7450. CHATMAN v. ALLEGHENY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–7453. DUREN v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 05–7455. REYES v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7456. WOLFE v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–7458. JAMES v. UPTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 05–7461. LEWIS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 05–7468. MCKINLEY v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 05–7469. PAYTON v. MCKUNE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 05–7470. ROBINSON, INDIVIDUALLY AND ON BEHALF OF AND AS NEXT FRIEND OF WALTERS ET AL., MINOR CHILDREN OF DECEDENT WALTERS v. ARRUGUETA ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7473. MCDONALD v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7477. LEHMKUHL v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 05–7481. MCKANIC v. BAZZLE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7483. MORRIS v. HUNTER, JUDGE, COURT OF COMMON PLEAS OF OHIO, SUMMIT COUNTY. Sup. Ct. Ohio. Certiorari denied.